1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   E. CALDERON,

11         Petitioner,                    No. CIV S-06-0770 GEB GGH P

12         vs.

13   ATTORNEY GENERAL
     OF CALIFORNIA,

14
           Respondent.                    ORDER
15   _____/

16         Petitioner is a state prisoner, apparently serving a life sentence without the

17   possibility of parole and evidently seeking to proceed pro se and in forma pauperis with an

18   application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It also appears that he seeks

19   appointment of counsel, although petitioner has at this point written to the court only in Spanish.

20         Petitioner must either file an in forma pauperis affidavit or pay the required filing

21   fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to

22   either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

23   submit the appropriate filing fee.

24         Although the court at this time is unable to discern whether petitioner may be

25   entitled to habeas relief as any claim of a violation of petitioner's constitutional rights has as yet

26   not been properly set forth, because he may be entitled to such relief, respondents will be served

1

1    with petitioner's letter/petition, but shall not file a response at the present time.

2          In light of the length of petitioner's sentence as well as petitioner's evident

3    inability to proceed in this court without counsel, the court has determined that the interests of

4    justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v.

5    Look, 718 F.2d 952, 954 (9th Cir. 1983).

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.  Petitioner shall submit, within thirty days from the date of this order, an

8    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; and

9          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

10    pauperis form used by this district.

11          3.  The Federal Defender is appointed to represent petitioner;

12          4.  Within thirty days of this order, the parties shall file a joint scheduling

13    statement which addresses the timing and order of the following matters:

14          a.  The number of days petitioner's counsel estimates it will take to file

15    either:

16          1.  A statement indicating petitioner will stand on the existing

17    petition, and supplemental memorandum of points and authorities, if any;

18          2.  An amended petition which will proceed on exhausted claims

19    only; or

20          3.  An amended petition which identifies both exhausted and

21    unexhausted claims, **demonstrates good cause for having failed to exhaust state court**

22    **remedies as to any claims,**[1] and any intention to pursue unexhausted claims, after which the

23    court **may** recommend that the proceedings be held in abeyance while petitioner exhausts any

24    new claims in state court.

25

26       [1] Rhines v. Weber, 544 U.S. 269, 125 S. Ct. 1528 (2005).

1             b.  Discovery and investigations;

2             c.  Anticipated motions;

3             d.  The need for and timing of an evidentiary hearing;

4             e.  Enumeration and resolution of unexhausted claims; and

5             f.  Possible future amendments to the pleadings.

6  Counsel are reminded of the importance of timely filing a joint scheduling statement.  Failure to

7  do so may result in sanctions.

8           5.  The Clerk of the Court shall serve a copy of this order on Jo Graves, Senior

9  Assistant Attorney General, and David Porter, Assistant Federal Defender.

10  DATED:      6/2/06

/s/ Gregory G. Hollows

11

_____

12  GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

13  GGH:009
cald0770.110

14

15

16

17

18

19

20

21

22

23

24

25

26

3