FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney at Law
CA Bar # 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
E. CALDERON

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. CALDERON, | NO. CIV S-06-0770- GEB GGH |
| Petitioner, | ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE A FIRST AMENDED PETITION |
| v. | |
| ATTORNEY GENERAL OF, CALIFORNIA, | |
| Respondent. | |

Petitioner has requested a ninety day extension of time in which file Petitioner's First Amended Petition for Writ of Habeas Corpus.  GOOD CAUSE APPEARING, Petitioner is granted an extension of time to and including March 5, 2007 in which to file the First Amended Petition for Writ of Habeas Corpus.

DATED: 12/12/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows
Magistrate Judge, U.S. District Court

cald0770.po2