IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. CALDERON,

      Petitioner,                           No. CIV S-06-0770 GEB  GGH P

      vs.

ATTORNEY GENERAL OF CALIFORNIA,

      Respondent.                      ORDER

_____/

      By <u>Order</u>, filed on August 4, 2006, petitioner was directed, inter alia, either to file an amended petition of exhausted claims only, along with any memorandum of points and authorities within 90 days, or, if unexhausted claims were identified, to file within the same time period, an amended petition, setting forth all claims, exhausted and unexhausted, demonstrating good cause for having failed to exhaust state court remedies as to any claim, as well as a motion to stay the proceedings, pending exhaustion of state court remedies as to the unexhausted claims. If an amended petition of exhausted claims only were filed, respondent was directed to file an answer or dispositive motion within 60 days thereafter.

      Petitioner filed a first amended petition, after extensions of time were granted,[1] on April 5, 2007, but no response was forthcoming from respondent. Possibly respondent was

---

[1] See Orders, filed on 12/12/06 and 3/8/06.

1

1 confused by the claims of the first amended petition, since the court's review of the first amended
2 petition indicates that at least claims 3 and 4, claims of ineffective assistance of trial counsel and
3 appellate counsel, are unexhausted.  However, no motion to stay the first amended petition
4 accompanied the filing of the amended petition, as per the court's August 4, 2006, <u>Order</u>.

5       Petitioner is granted 30 days to file a motion to hold the first amended petition in
6 abeyance, pending exhaustion.  Failure to do so will result in a recommendation that this mixed
7 petition be dismissed.  <u>Rose v. Lundy</u>, 455 U.S. 509, 102 S, Ct. 1198 (1982)(a federal district
8 court "must dismiss habeas petitions containing both unexhausted and exhausted claims").

9       If petitioner moves for a stay and respondent objects, respondent must file any
10 opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days
11 to file any reply.

12       IT IS SO ORDERED.

13 DATED: 9/10/07       /s/ Gregory G. Hollows

14       GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

15 GGH:009
cald0770.ord