IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

E. CALDERON,

    Petitioner,                      No. CIV S-06-0770 GEB  GGH P

    vs.

ATTORNEY GENERAL OF CALIFORNIA,

    Respondent.                   <u>ORDER</u>

_____/

        In response to the <u>Order</u>, filed on September 10, 2007, petitioner indicates in a status report, filed on September 11, 2007, that all of the claims of the April 5, 2007, first amended petition have been subsequently exhausted, averring that it is no longer a mixed petition, and attaching as Exhibit A, a copy of a state supreme court habeas petition which appears to have raised claims 3 and 4 of the first amended petition, which the court's review had indicated were not exhausted, and as Exhibit B, the August 22, 2007, state supreme court denial. Petitioner has made an adequate showing that the first amended petition is not a mixed petition.

        Accordingly, IT IS ORDERED that:

        1. Respondent file an answer or dispositive motion within 60 days of the filing date of this order;

        2. Petitioner's traverse (reply) or opposition, as appropriate, must be filed within 30 days of service of respondent's responsive pleading;

1        3.  If respondent filed a motion, respondent will have 15 days following service of
2 an opposition to file a reply.

3 DATED: 9/17/07                        /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
cald0770.brf