FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney at Law
CA Bar # 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
E. CALDERON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. CALDERON,<br><br>    Petitioner,<br><br> v.<br><br>ATTORNEY GENERAL OF,<br>CALIFORNIA,<br><br>    Respondent. | NO. CIV S-06-0770- GEB GGH<br><br>ORDER GRANTING APPLICATION<br>FOR ENLARGEMENT OF TIME TO<br>FILE TRAVERSE |

   Petitioner has requested a 30 day extension of time in which file

Petitioner's Traverse. GOOD CAUSE APPEARING, Petitioner is granted

an extension of time to and including May 7, 2008 in which to file the

Traverse.

DATED: 04/09/08


          /s/ Gregory G. Hollows

          _____

          United States Magistrate Judge

cald0770.eot